**FILED**

AUG 2 3 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:23 CR 00453 |
| AARON WIMBLEY, | ) | Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2 |
| ALEXANDER DUNCAN, | ) | |
| Defendants. | ) | **JUDGE ADAMS** |

COUNT 1
(Distribution of Controlled Substances, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1. On or about June 28, 2023, in the Northern District of Ohio, Eastern Division, Defendant AARON WIMBLEY did knowingly and intentionally distribute a mixture and substance containing a detectible amount of fluorofentanyl, a Schedule I controlled substance, fentanyl, a Schedule II controlled substance, 4-ANPP, a Schedule II controlled substance, and cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 2
(Distribution of Controlled Substances, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2)

The Grand Jury further charges:

2. On or about July 5, 2023, in the Northern District of Ohio, Eastern Division, Defendants AARON WIMBLEY and ALEXANDER DUNCAN, aiding and abetting each other, did knowingly and intentionally distribute a mixture and substance containing a detectible

amount of fluorofentanyl, a Schedule I controlled substance, fentanyl, a Schedule II controlled substance, 4-ANPP, a Schedule II controlled substance, and cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code Section 2.

## COUNT 3
(Distribution of Controlled Substances, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3. On or about July 11, 2023, in the Northern District of Ohio, Eastern Division, Defendant AARON WIMBLEY did knowingly and intentionally distribute a mixture and substance containing a detectible amount of fluorofentanyl, a Schedule I controlled substance, fentanyl, a Schedule II controlled substance, 4-ANPP, a Schedule II controlled substance, and cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE

The Grand Jury further charges:

4. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 through 3 are incorporated herein by reference. As a result of the foregoing offenses, Defendants AARON WIMBLEY and ALEXANDER DUNCAN shall forfeit to the United States any and all property constituting or derived from any proceeds

they obtained directly or indirectly as a result of such violations; and any and all of their property used or intended to be used in any manner or part to commit or to facilitate the commission of such violations.

                                                                         A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.